| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Francis C. Landgrebe, Esquire<br>71 Cooper Street<br>Woodbury, NJ  08096-4646<br>(856) 848-4477<br>FCL 5087<br>Attorney for Debtor(s) | Order Filed on November 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Christopher E. Lutz &<br>Barbara J. Feuerborn | Case No:          15-28443<br><br>Chapter:              13<br><br>Hearing Date:    11/02/2015<br><br>Judge:                 ABA |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 9, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 750 Glenside Drive, Mantua, NJ  08051

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Home Loan Investment Bank, FSB
b. Current Assignee: US Dept of Housing & Urban Development
c. Current Servicer: US Dept of Housing & Urban Development
d. Date of Mortgage/Lien: 06/22/2013
e. Date of Recordation: 08/09/2013
f. Place of Recordation: State of New Jersey, Gloucester County, Superior Court
   i. Mortgage Book: 13695
   ii. Page: 213
g. Original Principal Balance of Mortgage/Lien: $ 25,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher Earl Lutz  
Barbara Jill Feuerborn  
    Debtor(s)

Case No. 15-28443-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Nov 09, 2020     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Christopher Earl Lutz, Barbara Jill Feuerborn, 750 Glenside Drive, Mantua, NJ 08051-1451 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Francis Landgrebe | on behalf of Debtor Christopher Earl Lutz flandgrebe@verizon.net r61604@notify.bestcase.com |
| Francis Landgrebe | on behalf of Joint Debtor Barbara Jill Feuerborn flandgrebe@verizon.net r61604@notify.bestcase.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@fskslaw.com |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Nov 09, 2020 Form ID: pdf903 Total Noticed: 1
TOTAL: 7