**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christopher Earl Lutz | Social Security number or ITIN  xxx–xx–4267 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Barbara Jill Feuerborn | Social Security number or ITIN  xxx–xx–5167 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number: 15–28443–ABA

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Earl Lutz                Barbara Jill Feuerborn

11/13/20                **By the court:** Andrew B. Altenburg Jr.
                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher Earl Lutz  
Barbara Jill Feuerborn  
    Debtor(s)

Case No. 15-28443-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 13, 2020 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher Earl Lutz, Barbara Jill Feuerborn, 750 Glenside Drive, Mantua, NJ 08051-1451 |
| 515767869 | + | Bank of America, N.A., Loss/Recovery, PO Box 982284, El Paso, TX 79998-2284 |
| 515908529 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515767871 | | Boscov Dept, Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 515767874 | + | Chase Bank Slate, PO Box 740933, Dallas, TX 75374-0933 |
| 515767881 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 515767877 | + | Home Loan Investment Bank FSB, Corporate Headquarters, One Home Loan Plaza, Warwick, RI 02886-1765 |
| 515767879 | + | Kohl's Capital One Bank, PO Box 12907, Norfolk, VA 23541-0907 |
| 515934956 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515767882 | | Upromise-Sallie Mae, PO Box 9430, Wikes-Barre, PA 18773-9430 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2020 23:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2020 23:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515767867 | | EDI: RMSC.COM | Nov 14 2020 02:33:00 | Amazon GE Capital Retail Bank, Bankruptcy Dept, PO Box 960061, Orlando, FL 32896-0661 |
| 515981562 | | EDI: BANKAMER.COM | Nov 14 2020 02:33:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 515767868 | | EDI: BANKAMER.COM | Nov 14 2020 02:33:00 | Bank of America, N.A., Bankruptcy Department, NC4-105-02-99, PO Box 26012, Greensboro, NC 27420-6012 |
| 515767870 | + | EDI: TSYS2.COM | Nov 14 2020 02:33:00 | Barclay Card, 1007 N Orange Street, Wilmington, DE 19801-1239 |
| 517526732 | + | EDI: PRA.COM | Nov 14 2020 02:33:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 515852917 | | EDI: RECOVERYCORP.COM | Nov 14 2020 02:33:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 515886763 | | EDI: BL-BECKET.COM | Nov 14 2020 02:33:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 515882826 | + | EDI: WFNNB.COM | Nov 14 2020 02:33:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 |

Case 15-28443-ABA    Doc 44    Filed 11/15/20    Entered 11/16/20 00:25:08    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515767872 | | EDI: CAPITALONE.COM | Nov 14 2020 02:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 515811118 | | EDI: CAPITALONE.COM | Nov 14 2020 02:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515767873 | + | EDI: RMSC.COM | Nov 14 2020 02:33:00 | Care Credit/Synchrony Bank, Bankruptcy Department, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517854927 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 13 2020 23:13:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 517854928 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 13 2020 23:13:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 515949166 | + | Email/Text: bncmail@w-legal.com | Nov 13 2020 23:15:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515767875 | + | EDI: CITICORP.COM | Nov 14 2020 02:33:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 515767876 | + | Email/Text: bankruptcy@fult.com | Nov 13 2020 23:16:00 | Fulton Bank, Bankruptcy Department, 533 Fellowship Rd Ste 250, Mt Laurel, NJ 08054-3411 |
| 515767878 | | EDI: RMSC.COM | Nov 14 2020 02:33:00 | JC Penney Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 515767880 | | EDI: RMSC.COM | Nov 14 2020 02:33:00 | Lowes GE Capital Retail Bank, Bankruptcy Dept, PO Box 960061, Orlando, FL 32896-0661 |
| 515947711 | | EDI: PRA.COM | Nov 14 2020 02:33:00 | Portfolio Recovery Associates, LLC, C/O U.S. Bank National Association, POB 41067, Norfolk VA 23541 |
| 516831739 | | EDI: PRA.COM | Nov 14 2020 02:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 516831740 | | EDI: PRA.COM | Nov 14 2020 02:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 515909700 | | EDI: PRA.COM | Nov 14 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 515975565 | | EDI: PRA.COM | Nov 14 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Elan Fulton Bank Of New Jersey, POB 41067, Norfolk VA 23541 |
| 518051597 | + | Email/Text: bncmail@w-legal.com | Nov 13 2020 23:15:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518051596 | + | Email/Text: bncmail@w-legal.com | Nov 13 2020 23:15:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 515973267 | | EDI: RMSC.COM | Nov 14 2020 02:33:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 515955817 | | EDI: WFFC.COM | Nov 14 2020 02:33:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 515767883 | | EDI: WFFC.COM | Nov 14 2020 02:33:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 515905567 | | EDI: ECAST.COM | Nov 14 2020 02:33:00 | eCAST Settlement Corporation, POB 29262, New |

York, NY 10087-9262

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Francis Landgrebe | on behalf of Debtor Christopher Earl Lutz flandgrebe@verizon.net r61604@notify.bestcase.com |
| Francis Landgrebe | on behalf of Joint Debtor Barbara Jill Feuerborn flandgrebe@verizon.net r61604@notify.bestcase.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@fskslaw.com |

TOTAL: 7