Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.:  15−28443−ABA
                                        Chapter:  13
                                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Earl Lutz | Barbara Jill Feuerborn |
| 750 Glenside Drive | 750 Glenside Drive |
| Mantua, NJ 08051−1451 | Mantua, NJ 08051−1451 |

Social Security No.:
  xxx−xx−4267                                                xxx−xx−5167

Employer's Tax I.D. No.:

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 8, 2020</u>                      <u>Andrew B. Altenburg Jr.</u>
                                                               Judge, United States Bankruptcy Court